STATE v. WRENN

No. 106.

Case below: 12 N.C. App. 146.

Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 5 October 1971.

STEPHENS v. BANK

No. 154.

Case below: 12 N.C. App. 323.

Petition for writ of certiorari to North Carolina Court of Appeals denied 2 November 1971. Appeal dismissed *ex mero motu* for lack of substantial constitutional question 2 November 1971.